# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ZACHERY WILSON, #198832 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV. ACT. NO. 1:19-cv-1131-TFM-B |
| | ) | |
| JOHN DOE PATTERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

On January 6, 2020, the Magistrate Judge entered a Report and Recommendation that recommends Plaintiff's complaint be dismissed without prejudice pursuant to 28 U.S.C § 1915(e)(2)(B)(i) as malicious. *See* Doc. 3. Plaintiff timely objected. *See* Doc. 4. The Court has reviewed the report and recommendation, objection, and conducted a de novo review of the case file. For the reasons discussed below, the objection is **OVERRULED** and the Report and Recommendation is **ADOPTED**.

28 U.S.C. § 1915(e)(2)(B) provides, in pertinent part: "[T]he court shall dismiss the case at any time if the court determines that . . . the action or appeal – (i) is frivolous or malicious, (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." Thus, when granting permission to proceed *in forma pauperis*, the Court is <u>required</u> to perform a review and shall dismiss a case if it meets any of these statutory reasons.

In his objections, Plaintiff states his property was stolen and so he only had the one case at his disposal. However, despite his protestations, he was still aware that he had other cases that he had filed – including several in this district. The fact he did not have their case numbers handy

did not relieve him of his responsibility to disclose the cases. Therefore, to the extent Plaintiff objects to the Report and Recommendation, those objections are **OVERRULED**.

The Court adopts the Report and Recommendation (Doc. 3) and this case is **DISMISSED without prejudice** prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

**DONE** and **ORDERED** this 3rd day of February, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE