**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ZACHERY WILSON, #198832** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:19-cv-1131-TFM-B** |
| | ) | |
| **JOHN DOE PATTERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the Order entered this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's claims are **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 3rd day of February, 2020.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE